Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Chunjin Zhu

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-CR-0340 MCE |
| ) | |
| Plaintiff, ) | STIPULATION FOR CONTINUANCE OF |
| ) | STATUS HEARING FROM JANUARY |
| v. ) | 29, 2015 TO FEBRUARY 12, 2015 |
| ) | |
| QIGUANG LI, and CHUNJIN ZHU, ) | |
| ) | |
| Defendants. ) | |
| ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Christiaan Highsmith, Esq. and Defendant Chunjin Zhu through her attorney Philip Cozens, Esq.,  and Qiguang Li and his attorney Chris Cosca, Esq. that:

The Status Hearing currently scheduled for January 29, 2015, at 9:00 a.m. in Judge England's Court be re-scheduled for February 12, 2015, at 9:00 a.m. in Judge England's Court. The stipulated continuance is necessary for Defendants' attorneys to review discovery and discuss strategies with the clients.  There has been some delay in conferring because of the need to co-ordinate with Cantonese interpreters.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendants' and the public's interest in a speedy trial.  Time

should be excluded from speedy trial calculations from January 29, 2015 through and including February 12, 2015.

Defendant Qiguang Li, through his attorney Chris Cosca, join in the above stated stipulation.

It is so stipulated.

Dated: January 26, 2015                    /s/ Christiaan Highsmith, Esq.
                                            Christiaan Highsmith, Esq.
                                            Assistant United States Attorney
                                            Eastern District of California


                                            /s/ Philip Cozens
                                            Philip Cozens
                                            Attorney for Defendant Chunjin Zhu


                                            /s/ Chris Cosca
                                            Chris Cosca
                                            Attorney for Defendant Qiguang Li

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Hearing currently scheduled for January 29, 2015, be rescheduled for February 12, 2015 at 9:00 a.m.  The stipulated continuance is necessary for Defendants' attorneys to review discovery and discuss strategies with the clients.  There has been some delay in conferring because of the need to co-ordinate with Cantonese interpreters.  Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends

1  of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time will be
2  excluded from speedy trial calculations from January 29, 2015 through and including February
3  12, 2015.
4       IT IS SO ORDERED.
5
6   Dated:  January 28, 2015
7
8
                                        _____
                                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT

STIPULATION FOR CONTINUANCE OF STATUS HEARING     -3-