BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:14-CR-0340 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| QIGUANG LI, and, CHUNJIN ZHU, | DATE: February 12, 2015 TIME: 9:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on February 12, 2015.

2.      By this stipulation, defendants now move to continue the status conference until March 26, 2015, and to exclude time between February 12, 2015, and March 26, 2015, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes 170 pages and two DVDs of photographs.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendants desire additional time to review discovery and to confer with their clients concerning discovery in the presence of a Cantonese interpreter.  There has been some delay in counsel conferring with their clients because of the difficulty securing and scheduling a Cantonese interpreter.

STIPULATION RE: SPEEDY TRIAL ACT; ORDER

1

1        c)      Counsel for defendants believe that failure to grant the above-requested

2 continuance would deny counsel the reasonable time necessary for effective preparation, taking

3 into account the exercise of due diligence.

4        d)      The government does not object to the continuance.

5        e)      Based on the above-stated findings, the ends of justice served by continuing the

6 case as requested outweigh the interest of the public and the defendant in a trial within the

7 original date prescribed by the Speedy Trial Act.

8        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9 et seq., within which trial must commence, the time period of February 12, 2015 to March 26,

10 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

11 T4] because it results from a continuance granted by the Court at defendants' request on the basis

12 of the Court's finding that the ends of justice served by taking such action outweigh the best

13 interest of the public and the defendant in a speedy trial.

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION RE: SPEEDY TRIAL ACT; ORDER      2

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4         IT IS SO STIPULATED.

5

6  Dated:  February 10, 2015                          BENJAMIN B. WAGNER
                                                       United States Attorney

7

8                                                      /s/ CHRISTIAAN H.
                                                       HIGHSMITH
                                                       CHRISTIAAN H. HIGHSMITH
9                                                      Assistant United States Attorney

10  Dated:  February 10, 2015                         /s/ Philip Cozens
                                                       PHILIP COZENS
11                                                     Counsel for Defendant
                                                       Chunjin Zhu
12

13  Dated:  February 10, 2015                         /s/ Chris Cosca
                                                       CHRIS COSCA
14                                                     Counsel for Defendant
                                                       Qiguang Li
15

16

17

18                              **ORDER**

19        IT IS SO ORDERED.

20  Dated:  February 11, 2015

21

22                                                     _____
                                                       MORRISON C. ENGLAND, JR., CHIEF JUDGE
23                                                     UNITED STATES DISTRICT COURT

24

25

26

27

28