LAW OFFICES OF CHRIS COSCA
CHRIS COSCA      (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
QIGUANG LI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>QIGUANG LI, and,<br>CHUNJIN ZHU,<br><br>                              Defendants. | CASE NO.  2:14-CR-0340 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 16, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on July 16, 2015.

2.      By this stipulation, defendants now move to continue the status conference until July 30, 2015, and to exclude time between July 16, 2015, and July 30, 2015, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes 170 pages and two DVDs of photographs. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendants desire additional time to review discovery and to confer with their clients concerning discovery in the presence of a Cantonese interpreter.

        c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 16, 2015 to July 30, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

//

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

STIPULATION RE: SPEEDY TRIAL ACT; ORDER

2

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4         IT IS SO STIPULATED.

5

6    Dated:  July 10, 2015                        BENJAMIN B. WAGNER
                                                   United States Attorney
7

8                                                  /s/ CHRISTIAAN H.
                                                   HIGHSMITH
9                                                  CHRISTIAAN H. HIGHSMITH
                                                   Assistant United States Attorney

10   Dated:  July 10, 2015                        /s/ Linda Parisi

11                                                 LINDA PARISI
                                                   Counsel for Defendant
12                                                 Chunjin Zhu

13
     Dated:  July 10, 2015                        /s/ Chris Cosca
14                                                 CHRIS COSCA
                                                   Counsel for Defendant
15                                                 Qiguang Li

16

17                                    **ORDER**

18        IT IS SO ORDERED.

19   Dated:  July 17, 2015

20

21   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
22   UNITED STATES DISTRICT COURT

23

24

25

26

27

28