UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>QIGUANG LI,<br><br>　　　　　　　Defendant.<br>_____/ | Case No. 2:14-cr-00340-MCE<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release QIGUANG LI, No. 2:14-cr-00340-MCE, from custody for the following reasons:

|  |  |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| X | Other:   Pursuant to the Court's sentence of time served. |

Issued at Sacramento, California on May 5, 2016, at 10:51 a.m.

DATED:   May 5, 2016

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE